BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET WALTON ) <br> xxx-xx-9379 ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SSA ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 16-cv-02487-CKD <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 15, 2017, to June 15, 2017, with all other deadlines extended accordingly. This extension is required because plaintiff's counsel is working on an older brief that needs to be filed.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: May 15, 2017 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: May 15, 2017 | | Phillip A. Talbert<br>United States Attorney |
| | | Deborah Lee Stachel<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | | /s Richard M. Rodriguez<br>RICHARD M. RODRIGUEZ<br>Special Assistant United States Attorney |
| | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated: May 17, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE