BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET WALTON<br>xxx-xx-9379 | ) ) ) ) ) | Case No. 16-cv-02487-CKD |
| Plaintiff, | ) ) ) | **~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | ) ) | |
| COMMISSIONER OF SSA | ) ) | |
| Defendant. | ) ) ) | |

**~~PROPOSED~~ ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her summary judgment motion is hereby extended to July 12, 2017, with defendant's reply due September 8, 2017.

Dated: July 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1