PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGARET WALTON,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:16-cv-02487-CKD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE HER CROSS-MOTION FOR SUMMARY JUDGMENT |

////

|   |   |
|---|---|
| 1 | The parties hereby stipulate that Defendant shall have an extension of thirty days to file her Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. The current due date is September 8, 2017. The new due date will be October 10, 2017 (the next business day after October 8, 2017). The parties further stipulate that all other dates shall be extended accordingly. Good cause exists for this request because the attorney responsible for briefing has a family emergency and is out of the office. |

Respectfully submitted,

DATED: August 30, 2017
*s/ Bess Brewer*
BESS BREWER
Attorney for Plaintiff
(as authorized via email)

PHILLIP A. TALBERT
United States Attorney

DATE: August 30, 2017    By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE